UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

    Plaintiff,

Case No. 1:12-cv-812

v.

HON. JANET T. NEFF

JEREMY LOZANO,

    Defendant.
_____/

## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **January 28, 2013 at 1:30 p.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference, at which time a briefing schedule will be discussed.

    **IT IS SO ORDERED**.


Dated: January 3, 2013            /s/Janet T. Neff
                                              JANET T. NEFF
                                              UNITED STATES DISTRICT JUDGE