UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

       Plaintiff,                        Case No. 1:12–cv–00812–JTN

v.                                      Hon. Janet T. Neff

JEREMY LOZANO,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

    The pre–motion conference set in this matter for **January 28, 2013** is hereby **adjourned without date pending further order of the court.**

                                         JANET T. NEFF
                                         United States District Judge

Dated:   January 8, 2013        By:  /s/ Rick M. Wolters
                                              Case Manager