UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

       Plaintiff,                                         No. 1:12-cv-00812

     v.                                             Hon.: Janet Neff

JEREMY LOZANO,

       Defendant,

_____/

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | JOHN T. HERMANN (P52858) |
| Jonathan W. Tappan, PLLC | Law Office of John T. Hermann |
| 2549 Somerset Blvd. #102 | 2684 W. Eleven Mile Rd., Ste. 100 |
| Troy, MI 48084 | Berkley, MI 48072 |
| Phone: (248) 622-0206 | Phone: (248) 591-9291 |
| Email: tappanj@comcast.net | Email: hermannlawoffices@comcast.net |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

_____/

## PLAINTIFF'S WITHDRAWAL OF OPPOSITION TO DEFENDANT'S PROPOSED PARTIAL MOTION TO DISMISS

      Plaintiff AF Holdings, LLC, hereby withdraws its opposition to Defendant's proposed partial motion to dismiss (ECF #8).  Plaintiff stipulates and consents to the relief sought by Defendant in said proposed motion and agrees to dismiss counts IV and V of the Complaint.

                                                 Respectfully submitted,
                                                 AF Holdings LLC,

DATED: April 3, 2013            By:    */s/ Jonathan W. Tappan*

                                                 JONATHAN W. TAPPAN (P72195)
                                               Jonathan W. Tappan, PLLC
                                               2549 Somerset Blvd. #102
                                               Troy, MI 48084
                                               Phone: (248) 622-0206
                                               Email: tappanj@comcast.net
                                               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 3, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Jonathan W. Tappan
JONATHAN W. TAPPAN